Hugh Burns, an Infant, by Margaret Burns, His Guardian ad Litem, Respondent, v. The United States Printing Company of Ohio, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Edward F. Cleary, Respondent, v. Waterbury Company, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

John F. Crowell, Respondent, v. Orange County Traction Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Michael F. Dolan, Appellant, v. Long Island Railroad Company, Respondent. — Order setting aside verdict and granting new trial affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks and Rich, JJ., concurred.

Ellen M. Grimes, Respondent, v. Long Island Railroad Company, Appellant.— Order modified by striking therefrom the condition that the costs should be paid out of the judgment to be recovered, and as so modified affirmed, without costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Walter S. Hunn, Appellant, v. Clarence M. Wilmarth and Martin L. C. Wilmarth, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

In the Matter of the Application of James H. Broughton, Respondent, v. The City of Mount Vernon, Appellant.— We find no statutory authority for the interposition of a demurrer to a petition in a special proceeding to vacate an assessment for a local improvement. The demurrer was equivalent to a preliminary objection taken to the consideration of the petition on the merits. The order appealed from does not determine the rights of the parties, and while it is probably irregular, no substantial right of the appellant will be affected until the final order contemplated in the statute* is made. We think section 1356 of the Code of Civil Procedure does not authorize an appeal from this order. The appeal is dismissed, without costs. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Matthew C. Kervan and Others, Respondents, v. Andrew P. Morison, Appellant, Impleaded with Frank Thorn, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor and Rich, JJ., concurred.

William M. Lawson, Appellant, v. Lena L. Lawson, Respondent.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Frederick L. McAfee, Appellant, v. Clarence F. Wyckoff, Appellant.— Judgment affirmed, without costs, on the opinion of Mr. Justice Herrick at Special Term.† (Reported in 44 Misc. Rep. 380.) Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Eugene McCarthy, Respondent, v. Edwin J. Gillies and James H. Schmelzel, Doing Business under the Firm Name of Edwin J. Gillies & Co., Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Ellen McCullom, Appellant, v. William J. Carr and Others, as Members of and Constituting the Board of Health of the City of Newburgh, N. Y., Respondents. — Interlocutory judgment affirmed, with costs. No opinion. Jenks, Hooker, Rich and Miller, JJ., concurred.

Annie Newman, Respondent, v. Kathryn L. Burns and Bruno B. Spiess, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Jenks, Gaynor, Rich and Miller, JJ., concurred; Hooker, J., dissented on the ground that there was not sufficient evidence to warrant the conclusion that the mortgage was a purchase-money mortgage.

---

* See, also, Laws of 1903, chap. 482.— [REP.
† Sic. Evidently intended for Trial Term.— [REP.